IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL EXPRESS CORP.** : | |
|     **Plaintiff,** : | |
| : | **CIVIL ACTION NO.  02-CV-3263** |
| **v.** : | |
| : | |
| **RICHARD PIOTROWSKI, ET AL.** : | |
|     **Defendants,** : | |

## ORDER

**AND NOW**, this 16th day of July 2002, upon consideration of Plaintiff's Motion for Entry of Default Judgment for failure of the Defendant to answer or otherwise respond to Plaintiff's Complaint within the time prescribed by the Federal Rules of Civil Procedure (Doc. 5), **IT IS HEREBY ORDERED and DECREED** that Plaintiff's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants have violated Sections 32(1)(a), 43(a), 43(c), and 43(d) of the Lanham Act, 15 U.S.C. §§ 1114, 1125(a), 1125(c), and 1125(d), and Defendants' registration for the Internet Domain Name, *fedexgroundbeef.com*, that has been deposited with the Clerk of the Court is transferred to Federal Express Corporation.

                                    **BY THE COURT:**

                                    **Hon. Petrese B. Tucker, U.S.D.J.**